HYLTON v. KOONTZ

No. 296P00

Case below: 138 N.C. App. 511

Petition by defendants for writ of supersedeas and motion for temporary stay denied 20 December 2000. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 dismissed as moot 20 December 2000.

IN RE APPEAL OF WALLIN

No. 362PA00

Case below: 137 N.C. App. 207

Petition by respondent for discretionary review pursuant to G.S. 7A-31 allowed 20 December 2000.

IN RE LONG

No. 386P00

Case below: 139 N.C. App. 449

Petition by respondent (Mary Elizabeth Long) for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

IN RE MERRITT

No. 493PA00

Case below: 140 N.C. App. 151

Motion by respondent for temporary stay allowed 25 October 2000 pending determination of further proceedings, if any, by this court. Petition by respondent for writ of supersedeas allowed 20 December 2000. Notice of appeal by respondent pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 20 December 2000. Petition by respondent for discretionary review pursuant to G.S. 7A-31 allowed 20 December 2000. Petition by respondent for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 20 December 2000.